```
             UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
               CIVIL NO. 20-606(DSD/ECW)
```

Christa L. Peterson,

    Plaintiff,

v.               **ORDER**

Experian Information Solutions, Inc.,

    Defendant.


This matter is before the court upon the request by plaintiff Christa Peterson to file a motion to reconsider the court's July 22, 2021, order granting defendant Experian Information Solutions, Inc.'s motion for summary judgment.  See ECF No. 116.  Peterson argues that United States Supreme Court's recent decision in TransUnion LLC v. Ramirez, 141 S. Ct. 2190 (2021), compels reversal of the court's decision.

Motions to reconsider require the express permission of the court and will be granted only upon a showing of "compelling circumstances."  D. Minn. LR 7.1(j).  A motion to reconsider should not be employed to relitigate old issues but rather to "afford an opportunity for relief in extraordinary circumstances."  Dale & Selby Superette & Deli v. U.S. Dep't of Agric., 838 F. Supp. 1346, 1348 (D. Minn. 1993).  The court has carefully reviewed Peterson's letter and Experian's response and finds that there are no extraordinary circumstances warranting the relief requested.

<u>Ramirez</u> is inapposite in that it addressed Article III standing rather than the damages required to establish a meritorious claim under the FCRA. As a result, Ramirez does not affect the court's grant of summary judgment in Experian's favor.

Accordingly, **IT IS HEREBY ORDERED** that the letter request for permission to file a motion to reconsider [ECF No. 117] is denied.

Dated: August 2, 2021

s/David S. Doty<br>
David S. Doty, Judge<br>
United States District Court